1  DOWNEY BRAND LLP
   JAMIE P. DREHER (Bar No. 209380)
2  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
3  Telephone: (916) 444-1000
   Facsimile: (916) 444-2100
4  jdreher@downeybrand.com

5  Attorneys for Plaintiff
   MEPCO FINANCE CORPORATION
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| 11  MEPCO FINANCE CORPORATION, | Case No.  2:11-mc-00098-GEB-CMK |
|---|---|
| 12       Plaintiff, | **ORDER TO APPEAR FOR EXAMINATION RE: ENFORCEMENT OF JUDGMENT** |
| 13  v. | |
| 14  WARRANTY ADMINISTRATION | Date:     March 28, 2012 |
| 15  SERVICES INC., d/b/a Consumer Direct Warranty Services; ROBERT LEWIS | Time:     9:00 a.m.<br>Judge:    Craig M. Kellison |
| 16  CHAPMAN; and JAMES CARL SLETNER, | Address:  2986 Bechelli Lane<br>          Redding, CA 96002 |
| 17       Defendants. | |

18

19        The Court, having considered the Application for Appearance and Examination Re:

20  Enforcement of Judgment (the "Application"), hereby Orders the Application be Granted.

21        To:  Warranty Administration Services Inc., d/b/a Consumer Direct Warranty Services,

22  Robert Lewis Chapman, and James Carl Sletner, Defendants and Judgment Debtors (*See attached*

23  *Appearance Notice*)

24        **YOU ARE ORDERED TO APPEAR** personally before the Honorable Craig M.

25  Kellison, to furnish information to aid in enforcement of a money judgment against you.

26  / / /

27  / / /

28

1210160.1

The date of appearance is March 28, 2012, 9:00 a.m. located at 2986 Bechelli Lane, Redding, California 96002.

**Date:** __2/22/2012__


_(signature)_

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE


**APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)**

NOTICE TO JUDGMENT DEBTORS:  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**APPEARANCE OF A THIRD PERSON (ENFORCEMENT OF JUDGMENT )**

(1) NOTICE TO PERSON SERVED:  If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2)  NOTICE TO JUDGMENT DEBTOR:  The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt.  This property or debt is as follows: _(Clearly describe the property or debt.  Print or type the description.  Use an additional sheet of paper, if necessary.)_

1

2       If you claim that all or any portion of this property or debt is exempt from enforcement of

3   the money judgment, you MUST file your exemption claim in writing with the court and have a

4   copy personally served on the judgment creditor not later than three (3) days before the date set

5   for the examination.

6       You MUST appear at the time and place set for the examination to establish your claim of

7   exemption or your exemption may be waived.

8                       **APPEARANCE OF A THIRD PERSON (ATTACHMENT)**

9       NOTICE TO PERSON SERVED:  If you fail to appear at the time and place specified in

10  this order, you may be subject to arrest and punishment for contempt of court and the court may

11  make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this

12  proceeding.

13  **APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR
    OTHER ORIGINATION**

14

15      It is your duty to designate one or more of the following to appear and be examined:

16  officer, directors, managing agents, or other persons who are familiar with your property and

17  debts.

18

19

20

21

22

23

24

25

26

27

28

1210160.1                                           3