DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
SPENCER W. CHRISTENSEN (Bar No. 267154)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:     (916) 444-2100
jdreher@downeybrand.com
schristensen@downeybrand.com

Attorneys for Plaintiff/Creditor
MEPCO FINANCE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEPCO FINANCE CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>WARRANTY ADMINISTRATION SERVICES INC., d/b/a Consumer Direct Warranty Services; ROBERT LEWIS CHAPMAN; and JAMES CARL SLETNER,<br><br>            Defendants. | Case No.  2:11-mc-00098-GEB-CMK<br><br>**ORDER APPOINTING A REGISTERED PROCESS SERVER TO LEVY THE WRIT OF EXECUTION**<br><br>[NO HEARING REQUESTED] |

Plaintiff and Judgment Creditor MEPCO FINANCE CORPORATION ("MEPCO"), having submitted its Ex Parte Application for an Order Appointing a Registered Process Server to Levy the Writ of Execution, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED, DECREED that Plaintiff may employ a registered private process server, who is over eighteen (18) years of age and suitable discretion, and not a party to the within action, and is authorized and appointed to serve the Writ of Execution in the above-referenced case, specifically identified as ON DEMAND LEGAL, INC., or any other registered private process server, including without limitation, ON DEMAND LEGAL, INC.

1288212.1

1

ORDER APPT A REGISTERED PROCESS SERVER TO LEVY THE WRIT OF EXECUTION

IT IS FURTHER ORDERED that the U.S. Marshal's Office will remain the levying officer.

IT IS FURTHER ORDERED that the execution of the judgment does not in any manner preclude MEPCO from undertaking any concurrent or future remedies proscribed by federal or state law to enforce the judgment against Defendants and Judgment Debtors WARRANTY ADMINISTRATION SERVICES INC., d/b/a Consumer Direct Warranty Services, ROBERT LEWIS CHAPMAN, and JAMES CARL SLETNER.

**Date:  12/3/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge